FILED
DEC 1 1 2007

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 07CR3313-DMS |
|---|---|
| Plaintiff, | ) |
| | ) **I N F O R M A T I O N** |
| v. | ) |
| | ) Title 8, U.S.C., |
| WALLACE VANDERWERF, II, | ) Sec. 1324(a)(2)(B)(iii) - Bringing in Illegal Aliens Without Presentation; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |
| Defendant. | ) |
| | ) |

The United States Attorney charges:

On or about November 26, 2007, within the Southern District of California, defendant WALLACE VANDERWERF, II, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Socorro Elena Navarro-Alcantar, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2.

DATED: 12/11/07.

KAREN P. HEWITT
United States Attorney

CAROLINE P. HAN
Assistant U.S. Attorney

CPH:es:San Diego
11/28/07