1  RICHARD J. BOESEN
   California State Bar Number 056579
2  1230 Columbia Street, Suite 650
   San Diego, California  92101
3  Telephone: (619) 233-5121
   Facsimile: (619) 233-5150
4  richieb00@yahoo.com

5  Attorney for Wallace Vanderwerf II

8               UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10               (HONORABLE DANA M. SABRAW)

11 UNITED STATES OF AMERICA,    )   Case No. 07CR3313-DMS
                                )
12              Plaintiff,      )   Date: March 14, 2008
                                )   Time: 9:00 a.m.
13 v.                           )
                                )   JOINT MOTION TO CONTINUE
14 WALLACE VANDERWERF II,       )   SENTENCING HEARING
                Defendant.      )
15 _____ )

16      **THE PARTIES STIPULATE** to continue Mr. Vanderwerf's sentencing hearing from March 14, 2008 at 9:00 a.m. to March 21, 2008, at 9:00 a.m.. This is the first continuance request of the sentencing hearing.  The parties have some matters to resolve before the sentencing hearing which require a continuance which relate to this case and related matters.  Mr. Vanderwerf is in custody and concurs with this joint request pending his final sentencing hearing.

     **IT IS SO STIPULATED:**

Dated: March 12, 2008          S/ Richard J. Boesen
                                 RICHARD J. BOESEN
                               ATTORNEY FOR MR. VANDERWEF

Dated: March 12, 2008          S/Steve Miller
                                 STEVE MILLER
                               ASSISTANT U.S. ATTORNEY

                                                          07CR3313-DMS