1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.07-CR-3313-DMS |
|---|---|---|
| | ) | |
| Plaintiff, | ) | ORDER TO CONTINUE SENTENCING |
| vs. | ) | DATE AND HEARING THEREON |
| | ) | |
| WALLACE VANDERWERF II, | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY ORDERED, that the sentencing hearing in the above-mentioned case be continued from Friday, March 14, 2008, at 9:00 a.m., to Friday, March 21, 2008, at 9:00 a.m.

SO ORDERED.

DATED:  March 12, 2008

_____

HON. DANA M. SABRAW
United States District Judge